NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. HELMS,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2010-3183

---

Petition for review of the Merit Systems Protection Board in case no. CH0752090251-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Army moves without opposition for a 30-day extension of time, until July 11, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Amanda L. Tantum, Esq.
    Scott D. Spiegel, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK